# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  G & T 5206 Investments, | : | Chapter 11 |
| | : | |
| | : | Case No. 25-12940 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** the Debtor having failed to file the documents and schedules required, see doc. no. 2;

It is hereby ORDERED, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, August 20, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed for failure to timely file documents;

Failure to appear for the hearing and or to file the required documents may result in **dismissal** of this case without further notice or hearing.

Date:  8/13/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**